**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2020**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00346-CV

---

## MEMORIAL CITY MALL, LP; MEMORIAL CITY MALL, GP, LLC; AND METRO NATIONAL CORPORATION, Appellants

### V.

## BERRYHILL HOT TAMALES CORPORATION, Appellee

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2019-12461**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 13, 2019. On January 6, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.